In the Matter of the Application of SUSQUEHANNA SILK
   MILLS, Respondent, against FAIR WAIST & DRESS CO.,
   INC., Appellant.

*Contract — sale — arbitration — application to compel arbitration —
       defense that contract is void for lack of mutuality.*

*Matter of Susquehanna Silk Mills* v. *Fair Waist & Dress Co., Inc.,*
217 App. Div. 727, affirmed.
   (Argued March 28, 1927; decided April 7, 1927.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered June 4, 1926, which unanimously affirmed
an order of Special Term directing the appellant to
proceed to arbitration under a contract for the sale by
respondent and purchase by appellant of a quantity of
silk, which contract contained a provision for arbitration
of all disputes.   Appellant contended that the contract
was void for want of mutuality in that under the third
provision thereof the seller retained the option at any
time, with or without notice, to increase, decrease, cancel
or limit the deliveries.   The provision read as follows:
   " 3. The credit specified herein or which may here-
after be extended, both as to time and amount, as well
as deliveries under this order, are subject to increase or
decrease, cancellation or limitation at any time by the
seller, or L. F. Dommerick & Co., with or without notice,
and the merchandise herein described or such part as the
seller may offer from time to time shall at its option
be payable in cash on tender or offer of delivery, which
the buyer agrees to pay, and upon default the seller may,
at his option, hold the goods for the buyer's account
who shall be liable for the purchase price thereof, or sell
the same for the account of the buyer, but at his risk
and expense, giving credit for the amount realized therefor
upon the purchase price thereof, or cancel the order in
writing, but in no event shall the buyer be released from

his liability hereunder unless the order be cancelled by the seller in writing."

*Henry C. Burnstine* and *Emanuel J. Freiberg* for appellant.

*I. Maurice Wormser* and *I. Gainsburg* for respondent.

Order affirmed, with costs, on ground that the third condition of the contract permits cancellation of deliveries in accordance with the terms of credit and does not permit the cancellation or modification of other obligations of the contract.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, J.